UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JORGE OLIVA VALDES,

      Petitioner,

v.                                                                    Case No.:  2:26-cv-01290-SPC-DNF

WARDEN, FLORIDA SOFT SIDE
SOUTH DETENTION CENTER *et
al.*,

      Respondents.

                              /

## OPINION AND ORDER

Jorge Oliva Valdes filed this habeas action to challenge the legality of his immigration detention under the Fifth Amendment and *Zadvydas v. Davis*, 533 U.S. 678 (2001).  The Court found no significant likelihood Oliva Valdes would be removed in the reasonably foreseeable future.  But in light of Oliva Valdes's criminal history, the Court ordered the government to conduct a custody review to determine whether his detention is necessary to protect the public and file a supplemental response addressing the results of the review.  The government did not comply, and Immigration and Customs Enforcement's online detainee locator indicates Oliva Valdes remains detained at the Mesa Verde Detention Center.  Oliva Valdes is thus entitled to release from detention, but he remains subject to reasonable conditions of supervision.

Accordingly, it is hereby

**ORDERED:**

Jorge Oliva Valdes's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**.

1. The respondents shall release Oliva Valdes within 24 hours of this Order, and they shall give him telephone access so he may arrange transportation from the facility.

2. Within 48 hours of this Order, the respondents shall certify that Oliva Valdes has been released from custody.

3. The Clerk is **DIRECTED** to terminate the pending motions and deadlines as moot, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on June 25, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record